ARTURO OVIEDO,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-03-29, 617M; CA A105889)

13 P3d 556

Bob Pangburn filed the opening brief for appellant. Arturo Oviedo filed the supplemental brief *pro se*.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Judgment requiring payment of court-appointed attorney fees vacated; otherwise affirmed. *Alexander v. Johnson*, 164 Or App 235, 990 P2d 929 (1999).